**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    JOHNNY L LOVE<br>    JEFFRY H LOVE<br>            Debtor(s) | Case No. 09-11114 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

   Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)  The case was filed on 03/31/2009.

   2)  The plan was confirmed on 05/28/2009.

   3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/10/2014.

   4)  The trustee filed action to remedy default by the debtor in performance under the plan on 04/27/2011.

   5)  The case was completed on 07/02/2014.

   6)  Number of months from filing to last payment: 63.

   7)  Number of months case was pending: 67.

   8)  Total value of assets abandoned by court order:  NA .

   9)  Total value of assets exempted: $75,474.70.

   10) Amount of unsecured claims discharged without payment: $126,906.11.

   11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor    $26,210.51
    Less amount refunded to debtor    $950.50

**NET RECEIPTS:**    **$25,260.01**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $2,659.20
    Court Costs    $0.00
    Trustee Expenses & Compensation    $1,288.82
    Other    $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**    **$3,948.02**

Attorney fees paid and disclosed by debtor:    $840.80

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 150.45 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION CO | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN DIABETES ASSOC | Unsecured | 14.95 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES LLC | Unsecured | 1,071.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 169.85 | 169.85 | 47.49 | 0.00 |
| AURORA CHICAGO LAKESHORE HOS | Unsecured | 187.90 | NA | NA | 0.00 | 0.00 |
| AURORA CHICAGO LAKESHORE HOS | Unsecured | 334.50 | NA | NA | 0.00 | 0.00 |
| AURORA CHICAGO LAKESHORE HOS | Unsecured | 66.40 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 423.85 | 423.85 | 118.50 | 0.00 |
| BAY AREA CREDIT SVC | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SVC | Unsecured | 573.14 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 2,924.00 | 616.14 | 616.14 | 172.27 | 0.00 |
| CAPITAL ONE | Unsecured | 2,307.35 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Unsecured | 3,500.00 | 10,979.43 | 10,979.43 | 3,069.73 | 0.00 |
| CHECK N GO | Unsecured | 1,200.00 | 1,885.00 | 1,885.00 | 527.03 | 0.00 |
| CHECK N GO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO MOTOR CLUB INSURANCE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 344.00 | 344.00 | 96.18 | 0.00 |
| CITY OF CHICAGO PARKING BUREAU | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION MANAGEMENT SERVIC | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 400.75 | 1,027.47 | 1,027.47 | 287.27 | 0.00 |
| COMPUTER CREDIT SERVICES | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT SERVICES | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| DES PLAINES AUTO SALES | Secured | 2,250.00 | 0.00 | 2,250.00 | 2,250.00 | 327.72 |
| DES PLAINES AUTO SALES | Secured | 3,150.00 | 0.00 | 3,150.00 | 3,150.00 | 458.70 |
| ECMC | Unsecured | 3,200.00 | 6,205.74 | 6,205.74 | 1,735.06 | 0.00 |
| ER SOLUTIONS | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE | Unsecured | 5,509.10 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 1,440.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HELLER & FRISONE | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| HOLY FAMILY MEDICAL CENTER | Unsecured | NA | 778.00 | 778.00 | 217.52 | 0.00 |
| ICS | Unsecured | 1.46 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 10.78 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 2.80 | NA | NA | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Unsecured | 159.82 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 8,711.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | NA | 4,829.01 | 4,829.01 | 1,350.14 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 165.60 | 123.82 | 123.82 | 123.82 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 129.51 | 129.51 | 36.21 | 0.00 |
| ILLINOIS STATE HIGHWAY AUTHORI | Unsecured | 167.80 | 3,413.80 | 3,413.80 | 954.46 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 165.60 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 12.80 | 5,607.35 | 5,607.35 | 1,567.76 | 0.00 |
| ISAC | Unsecured | 5,526.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 766.61 | 766.61 | 214.34 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,437.69 | 1,437.69 | 401.96 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 907.91 | 907.91 | 253.84 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 506.91 | 506.91 | 141.73 | 0.00 |
| JOHN STROGER HOSPITAL | Unsecured | 138.18 | NA | NA | 0.00 | 0.00 |
| LINCOLN COLLEGE | Unsecured | 3,858.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY PHYSICIANS F | Unsecured | 277.00 | 554.00 | 554.00 | 154.89 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 627.37 | 627.37 | 175.41 | 0.00 |
| MALCOLM S GERALD & ASSOC | Unsecured | 37.50 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Unsecured | 14.21 | NA | NA | 0.00 | 0.00 |
| NCO FIN SYS INC | Unsecured | 258.07 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SERVICES | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYS | Unsecured | 6,225.33 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 723.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 1,299.52 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 3,884.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOME | Unsecured | 44.09 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY INC | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 8,464.00 | 11,511.51 | 11,511.51 | 3,218.50 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT IN | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT IN | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| RCVL PER MNG | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| REVENUE RECOVERY CORP | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 1,437.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 84.00 | 84.15 | 84.15 | 23.53 | 0.00 |
| RMC EMERGENCY PHYSICIANS | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| RMC EMERGENCY PHYSICIANS | Unsecured | 176.24 | NA | NA | 0.00 | 0.00 |
| ROSALYN RUBIN | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| SENTRY CREDIT INC | Unsecured | 10,054.20 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,292.00 | 851.00 | 851.00 | 237.93 | 0.00 |
| SM SERVICING | Unsecured | 3,427.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SVC | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS INC | Unsecured | 13.75 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS INC | Unsecured | 13.75 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 135.73 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VAN RU CREDIT CORP | Unsecured | 2,399.37 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 3,740.52 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MGNT | Unsecured | 204.85 | NA | NA | 0.00 | 0.00 |
| WILLIAMS & FUDGE INC | Unsecured | 11,410.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,400.00 | $5,400.00 | $786.42 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,400.00** | **$5,400.00** | **$786.42** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $123.82 | $123.82 | $0.00 |
| **TOTAL PRIORITY:** | **$123.82** | **$123.82** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,656.30** | **$15,001.75** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,948.02 |
| Disbursements to Creditors | $21,311.99 |
| **TOTAL DISBURSEMENTS:** | **$25,260.01** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/04/2014                                By: /s/ Tom Vaughn
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**